# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HON. JOHN P. CAPUZZI, SR.,                    :    No. 95 MM 2023
:
            Respondent                          :
:
:
            v.                                  :
:
:
URVE MAGGITTI,                                :
:
            Petitioner                          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of August, 2023, Petitioner's "Application for Leave to File Original Process for Emergency Petition for Writ of Mandamus and in the alternative for Petition for Writ of Prohibition to Stay the Case No. 1735-2023 Chester County, Court of Common Pleas" is GRANTED for the purpose for allowing leave to file original process and DENIED as to any other requested relief. Petitioner's "Emergency Petition for Writ of Mandamus and in the alternative for Petition for Writ of Prohibition to Stay the Case No. 1735-2023 Chester County, Court of Common Pleas" is DENIED.